**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00170-CV

**ERIC DRAKE, Appellant**

**V.**

**CARMEN SIFUENTES, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03940**

## ORDER

We **DENY** appellant's August 27, 2013 amended motion for reconsideration of his request for the production of the audio-tape recordings.

/s/     ELIZABETH LANG-MIERS
        JUSTICE